Marcantonio ROCCAFORTE, Petitioner, Appellant,

v.

John F. MULCAHEY, District Director, Immigration and Naturalization Service, Respondent, Appellee.

No. 5409.

United States Court of Appeals
First Circuit.

Dec. 17, 1958.

Manuel Katz, Boston, Mass., with whom Paul T. Smith, Boston, Mass., was on brief, for appellant.

George H. Lewald, Asst. U. S. Atty., Boston, Mass., with whom Anthony Julian, U. S. Atty., and Andrew A. Caffrey, Asst. U. S. Atty., Robert L. Meade, Asst. U. S. Atty., Boston, Mass., were on brief, for appellee.

Before MAGRUDER, Chief Judge, and HARTIGAN, Circuit Judge.

PER CURIAM.

A judgment will be entered affirming the judgment of the District Court on the basis of the opinion filed by Judge Ford on June 4, 1958. D.C., 169 F.Supp. 360.

David STERN III, et al., Appellants,

v.

UNITED STATES of America, Appellee.

No. 17522.

United States Court of Appeals
Fifth Circuit.

Feb. 18, 1959.

H. Paul Simon, Eberhard P. Deutsch, New Orleans, La., Deutsch, Kerrigan & Stiles, New Orleans, La., René H. Himel, Jr., New Orleans, La., of counsel, for appellants.

M. Hepburn Many, U. S. Atty., New Orleans, La., Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Harry Baum, George W. Beatty, Attys., Dept. of Justice, Washington, D. C., Norman W. Prendergast, Asst. U. S. Atty., New Orleans, La., for appellee.

Before RIVES, CAMERON and WISDOM, Circuit Judges.

PER CURIAM.

Upon consideration, we agree with the views ably expressed by the district court in its opinion reported in 164 F.Supp. 847. For the reasons and upon the authorities there stated, the judgment is

Affirmed.